# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:                            *

COURTHOUSE CLOSING                *           MISC. NO. 15-506

*******

## ADMINISTRATIVE ORDER

On November 19, 2019, this Court ordered that it will close for business in both divisions at 1:00 p.m. on Tuesday, December 24, 2019, and Tuesday, December 31, 2019. The Court has now determined to close for the full day on December 24, 2019. Accordingly, it is hereby

ORDERED that the United States District Court for the District of Maryland will close for business in both divisions on Tuesday, December 24, 2019. The Court will remain open on Tuesday, December 31, 2019, until 1:00 p.m. when it will close for business in both divisions; and it is further

ORDERED that the Clerk of Court issue public notice of this closure to the general public, members of the bar, and related federal agencies.

_Dec. 19, 2019_
Date

James K. Bredar, Chief Judge
United States District Court