# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| COURTHOUSE CLOSING | * | MISC. NO. 15-506 |

*******

## ADMINISTRATIVE ORDER

It is hereby ORDERED that the United States District Court for the District of Maryland will close for business in both divisions at 1:00 p.m. on Thursday, December 24, 2020, and Thursday, December 31, 2020; and it is further

ORDERED that the Clerk of Court issue public notice of this closure to the general public, members of the bar, and related federal agencies.


Date: November 10, 2020                               /s/ JAMES K. BREDAR
                                                                     James K. Bredar, Chief Judge
                                                                     United States District Court